UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JEREMY J. RUFFIN | CIVIL ACTION |
| VERSUS | NO. 15-1007 |
| ORLEANS PARISH SHERIFF'S OFFICE | SECTION "N"(4) |

## O R D E R

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Jeremy J. Ruffin's complaint pursuant to 42 U.S.C. § 1983 against the defendant, the Orleans Parish Sheriff's Office, is **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute.

New Orleans, Louisiana, this 13th day of August, 2015.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE